IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DANA COTTON-SCHRICHTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4052-CV-C-NKL |
| | ) | |
| SHANE PEATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 14, 2008, defendant Shane Peate filed a motion to dismiss plaintiff's claims for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e. In an order of August 5, 2008, the motion of defendants Missouri Department of Corrections, Larry Crawford, Terry Moore, and Jennifer Miller to dismiss for failure to exhaust administrative remedies was denied. For the reasons as set forth in the order of August 5, 2008,

IT IS ORDERED that defendant Shane Peate's motion to dismiss plaintiff's claims, pursuant to 42 U.S.C. § 1997e, for failure to exhaust administrative remedies is denied. [32]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 22, 2008
Jefferson City, Missouri