# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

DANA COTTON-SCHRICHTE

    v.

SHANE PEATE

Case Number:   07-4052-CV-C-MW

| | | |
|---|---|---|
| **x** | **Jury Verdict**. | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| - | | On plaintiff Dana Cotton-Schrichte's claim against defendant Shane Peate, as submitted in Instruction No. 16, the jury finds in favor of Defendant Shane Peate. |
| **X** | **Decision by Court**. | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

- that plaintiff's claims against defendant Lt. Grant are dismissed, with prejudice;

- that plaintiff's motion for partial summary judgment against defendant Peate is denied;

- that the motion of defendants Missouri Department of Corrections, Clements and Miller for summary judgment is granted and plaintiff's claims against these defendants are dismissed.

ENTERED ON:  February 28, 2011

                                                    ANN THOMPSON
                                                    Court Executive

                                                    *Jackie Price*

                                                    (By) Deputy Clerk